IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEORGE BERUBE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No. C 14-04694 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION; REQUESTING JAIL OFFICIALS TO PROVIDE PLAINTIFF WITH SUPPORTING DOCUMENTS |

    On October 22, 2014, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> ("IFP").  (Docket No. 2.)  On the same day, the Clerk's sent Plaintiff a notice that his IFP application was insufficient because he did not provide the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months.  (Docket No. 3.)  Plaintiff was provided with a copy of the court's current IFP application and a return envelope, and directed to respond within twenty-eights days of the notice to avoid dismissal of the action.  (<u>Id.</u>)

    Plaintiff filed another IFP application on November 4, 2014, which does not cure the defect of his initial IFP application.  (Docket No. 5.)  Plaintiff indicates that jail

1  officials have "refused to sign" the necessary forms. (Id. at 7.) In the interest of justice,
2  the Court shall give Plaintiff a second opportunity and additional time to submit the
3  necessary documents to complete his IFP application; he shall do so **within twenty-eight**
4  **(28) days** of the date this order is filed.
5        The Clerk shall forward a copy of this order to the Prison Trust Fund Office at the
6  San Francisco Sheriff's Department, where Petitioner is currently confined. The Trust
7  Fund Office is requested to provide prompt assistance to Petitioner's request, in order that
8  he may proceed with this action.
9        **Failure to respond in accordance with this court order in the time provided**
10 **will result in the dismissal without prejudice of this action without further notice to**
11 **Plaintiff.**

DATED: 12/9/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEORGE BERUE,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.       / | Case Number: CV14-04694 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   12/10/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David George Berube 535699
San Francisco Sheriff's Department
San Francisco County Jail #5
1 Moreland Drive
San Bruno, CA 94066

Prison Trust Fund Office
San Francisco Sheriff's Department
San Francisco County Jail
1 Moreland Drive
San Bruno, CA 94066

Dated:   12/10/2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk