IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEORGE BERUBE, | No. C 14-04694 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On October 22, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2). On the same day, the Clerk sent Plaintiff a notice that his IFP application was insufficient because he did not provide the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.)

Plaintiff filed another IFP application on November 4, 2014, which did not cure the defect of his initial IFP application. (Docket No. 5.) On December 10, 2014, the Court granted Plaintiff an extension of twenty-eight days to submit the necessary documents to complete his IFP application. (Docket No. 6.) The notice included the warning that Plaintiff must respond in the time provided to avoid dismissal of this action.

1   (Id.)  The deadline has passed and Plaintiff has not filed an IFP application or paid the
2   filing fee.  Accordingly, Plaintiff's case is DISMISSED without prejudice.
3       The Clerk shall terminate any pending motions and close the file.

5   DATED: 1/22/2015

                                EDWARD J. DAVILA
                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID GEORGE BERUBE,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case Number: CV14-04694 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   1/22/2015  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David George Berube 535699
San Francisco Sheriff's Department
San Francisco County Jail #5
1 Moreland Drive
San Bruno, CA 94066

Dated:   1/22/2015

                                Richard W. Wieking, Clerk
                           /s/By: Elizabeth Garcia, Deputy Clerk